UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>   Plaintiff,<br><br> v.<br><br>200 EDENVALE AVENUE HOTEL OWNER LLC, et al.,<br><br>   Defendants. | Case No. 20-cv-07780-VC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 15 |

  The parties have notified the Court that this case has settled. Therefore, it is ordered that this case is dismissed without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

  The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

  **IT IS SO ORDERED.**

Dated: December 29, 2020

_____
VINCE CHHABRIA
United States District Judge