UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>        Plaintiff,<br><br>v.<br><br>**200 Edenvale Avenue Hotel Owner LLC**, a Delaware Limited Liability Company;<br>**200 Edenvale Avenue Hotel Operator LLC**, a Delaware Limited Liability Company; and Does 1-10,<br><br>        Defendants. | **Case No**. 3:20-CV-07780-VC<br><br>[ORDER] TO EXTEND DATE FOR FILING DOCUMENTS TO REOPEN THE ACTION |

Plaintiff Samuel Love ("Plaintiff") and Defendants 200 Edenvale Avenue Hotel Owner LLC, a Delaware Limited Liability Company and 200 Edenvale Avenue Hotel Operator LLC, a Delaware Limited Liability Company ("Defendants") hereby stipulate to extend the deadline to file Documents to Reopen the Action to March 29, 2021.

IT IS SO ORDERED.

Dated: March 1, 2021

                                            Vince Chhabria
                                            District Judge