CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>200 EDENVALE AVENUE HOTEL OWNER LLC, a Delaware Limited Liability Company; 200 EDENVALE AVENUE HOTEL OPERATOR LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | **Case:** 3:20-CV-07780-VC<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Samuel Love, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants 200 Edenvale Avenue Hotel Owner LLC, and 200 Edenvale Avenue Hotel Operator LLC, , has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 7, 2021        CENTER FOR DISABILITY ACCESS

                                  By:   /s/Amanda Seabock
                                          Amanda Seabock
                                          Attorney for Plaintiff